# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ADRIENNE WILLIAMS,

    Plaintiff,

v.                                        Case No: 8:23-cv-2110-WFJ-CPT

ACCOUNT RESOLUTION SERVICES, LLC, PORTFOLIO RECOVERY ASSOCIATES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC and EQUIFAX INFORMATION SERVICES LLC,

    Defendants.
_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 6)** that the above-styled action has been settled as to Defendant **PORTFOLIO RECOVERY ASSOCIATES, LLC only**. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Portfolio Recovery Associates, LLC only and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice against Defendant Portfolio Recovery Associates, LLC only.

**DONE** and **ORDERED** in Tampa, Florida on October 11, 2023.

                                                  s/*William F. Jung*
                                                  **WILLIAM F. JUNG**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:   Counsel of Record